

# Fourth Court of Appeals
## San Antonio, Texas

August 31, 2015

No. 04-14-00922-CV

John E. **RODARTE**, Sr.,
Appellant

v.

**TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICE**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-12625
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellee's brief was due July 16, 2015. Appellee filed its brief on July 17, 2015, without filing a motion for extension of time. On August 24, 2014, appellant filed a pro se "Objection and Protest to Appellee's Late Filing of Their Brief," in which appellant asked this court to strike appellee's brief because it was late-filed. On August 27, 2015, appellee filed a motion asking for a one-day extension in which to file its brief and that appellant's motion be denied.

Appellant's motion to strike appellee's brief is DENIED. Appellee's motion is GRANTED.

It is so **ORDERED** on August 31, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court